Fourth Department. May 16, 1906.) Action by Norman A. Shepard against Arthur A. Campbell. No opinion. Judgment and order affirmed, with costs.

SHONTS, Respondent, v. THOMAS et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Theodore P. Shonts against Edward R. Thomas and others. No opinion. Interlocutory judgment affirmed, with costs, with leave to defendants to answer within 20 days from the entry of the order herein, upon payment of costs of action to date.

SIGRETTO et al., Respondents, v. BROWER et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 5, 1906.) Action by Joseph L. Sigretto and James Mannino, copartners, etc., against Ernest C. Brower and others. No opinion. Judgment affirmed, with costs.

SILVERMAN, Respondent, v. JACOBS, Appellant. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by Louis Silverman against Edwin W. Jacobs, impleaded. N. Ballin, for appellant. G. M. Leventritt, for respondent. No opinion. Judgment affirmed, with costs, with leave to amend on payment of costs in this court and in the court below. Order filed.

SILVERMAN et al., Respondents, v. MILLER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 10, 1906.) Action by Levi L. Silverman and another against Charles R. Miller and another. No opinion. Judgment affirmed, with costs.

SIMONSON, Respondent, v. MENDHAM et al., Appellants. (Supreme Court, Appellate Division, Second Department. September 28, 1906.) Action by Arthur F. Simonson against Louis P. Mendham and Maurice B. Mendham. No opinion. Judgment and order affirmed, with costs.

SIMONSON, Respondent, v. MENDHAM et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) Action by Arthur F. Simonson against Louis P. Mendham and Maurice B. Mendham. No opinion. Motion denied.

SKIDDY, Respondent, v. VARNEY, Appellant. (Supreme Court, Appellate Division, Third Department. June 27, 1906.) Action by Lawrence Skiddy against Sellick Varney. No opinion. Judgment affirmed, with costs.

SKINNER, Respondent, v. LE ROY HYDRAULIC ELECTRIC GAS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 10, 1906.) Action by William Skinner against the Le Roy Hydraulic Electric Gas Company. No opinion. Judgment and order affirmed, with costs.

SLADE, Appellant, v. VAN ALLEN, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 12, 1906.) Action by Mary A. Slade against Robert A. Van Allen. No opinion. Case restored to calendar upon condition that appellant pay to the respondent's attorney within 10 days the sum of $10, and serve and file the printed papers on appeal within 30 days. The date of argument of said appeal to be within the first week of the next regular term of this court.

SLOAN, Respondent, v. BEARD, Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by James Sloan against Grace F. Beard. No opinion. Judgment and order affirmed, with costs.

SLOAN, Appellant, v. McKANE, Respondent. (Supreme Court, Appellate Division, Second Department. October 5, 1906.) Action by John Sloan against John McKane.

PER CURIAM. Order modified by requiring the defendant to pay to the plaintiff or his attorney the sum of $1,500 as a condition of opening the default, instead of the sum of $250, and, as modified, affirmed, with $10 costs and disbursements to the appellant.

WOODWARD and MILLER, JJ., vote for affirmance.

SMITH, Appellant, v. ERWIN et al., Respondents. (Supreme Court, Appellate Division, Third Department. June 27, 1906.) Action by Arnold E. Smith, as trustee of the estate of Cyrus W. Erwin, a bankrupt, against Cyrus W. Erwin and Emma E. Erwin. No opinion. Judgment unanimously affirmed, with costs.

SMITH, Respondent, v. GOULD, Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Henry Smith against Helen Miller Gould. No opinion. Order affirmed on argument, with $10 costs and disbursements.

SMITH et al., Respondents, v. LONDON ASSUR. CORP., Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) Action by Arthur W. Smith, Andrew A. Clark, and William Foster Oakes against the London Assurance Corporation. No opinion. Motion denied.

SMITH, Appellant, v. LONG ISLAND R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 15 1906.) Action by Gertrude Smith, as administratrix of Harry A. Smith, deceased, against the Long Island Railroad Company.

PER CURIAM. Judgment affirmed, with costs.

HOOKER, J., dissents.

SMITH, Respondent, v. MITCHELL, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 16, 1906.) Action by John J. Smith against Charles F. Mitchell, as attorney, etc. No opinion. Interlocutory judgment affirmed, with costs, with leave to the defendants to plead over upon payment of the costs of the demurrer and of this appeal.